# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TONY HEAROD,
    Plaintiff,



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

BAY AREA RAPID TRANSIT DISTRICT;
[additional defendants on Attachment "A"]

**CV 07    6390**

**CW**

TO: (Name and address of defendant)

Bay Area Rapid Transit District, 300 Lakeside Drive, Oakland, CA. 94604

T. Pashoian, c/o BART Police Department, 800 Madison Street, Oakland, CA. 94607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James B. Chanin (SBN 76043), 3050 Shattuck Avenue, Berkeley, CA 94705 (510) 848-4752, Ex. 2

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 1 7 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

**ATTACHMENT "A" TO SUMMONS RE ADDITIONAL DEFENDANTS**

T. PASHOIAN, individually and in his capacity as a police officer for the BART Police Department; DOES 1-20, inclusive,

                                                  Defendants.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/26/2007 |
| NAME OF SERVER *(PRINT)* KHALED WALID HAMZE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
   Address where served: 800 Madison Street, Oakland, CA 94607 (510) 464 7787
   See below re OTHER for details of service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   SERVED UPON JUSTIN S. MORGAN, POLICE ADMINISTRATIVE SUPERVISOR, AUTHORIZED TO ACCEPT FOR T. PASHOIAN

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/2007
              Date                    Signature of Server

7272 BURTON STREET, DUBLIN, CA 94568
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/26/2007 |
| NAME OF SERVER *(PRINT)* KHALED WALID HAMZE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

    Address where served: 300 Lakeside Drive, Oakland, CA 94694 (510) 464 6080
    See below re OTHER for details of service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    SERVED UPON KENNETH A. DURON, DISTRICT SECRETARY, AUTHORIZED TO ACCEPT FOR BAY AREA RAPID TRANSIT DISTRICT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/28/2007      *[signature]*
             Date                      Signature of Server

                      7272 BURTON STREET, DUBLIN, CA 94568
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1  JAMES B. CHANIN (SBN# 76043)
   LAW OFFICES OF JAMES B. CHANIN
2  3050 Shattuck Avenue
   Berkeley, California 94705
3  Telephone: (510) 848-4752, Ext. 2
   Facsimile: (510) 848-5819
4  Email:     jbcofc@aol.com

5  Attorneys for Plaintiff

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

TONY HEAROD,                                  )  CASE NO.: CV 07 6390 CW
                                              )
              Plaintiff,                      )  **PROOF OF SERVICE BY MAIL**
                                              )
vs.                                           )
                                              )
                                              )
BAY AREA RAPID TRANSIT DISTRICT;              )
T. PASHOIAN, individually and in his          )
capacity as a police officer for the BART     )
Police Department; DOES 1-20, inclusive,      )
                                              )
              Defendants.                     )

Hearod v. Bay Area Rapid Transit District, et al., Case No. CV 07 6390 CW

Proof of Service by Mail

1  I, the undersigned, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action; my business address is the Law Offices of James B. Chanin, 3050 Shattuck Avenue, Berkeley, California 94705. On the date set forth below, I served the within documents:

**COMPLAINT FOR DAMAGES**

**SUMMONS**

**CASE MANAGEMENT CONFERENCE NOTICE AND CASE INFORMATION**

_____ by transmitting via facsimile the above-listed document(s) to the fax number(s) set forth on the attached list on this date before 5:00 p.m.

__X__ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Berkeley, California, addressed as set forth below.

_____ by causing the personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postage Service the same day it was placed for collection and processing.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 4, 2008 at Berkeley, California.

_____
Amber Miller

T. Pashoian
C/O Bart Police Department
800 Madison Street
Oakland, CA 94607

Hearod v. Bay Area Rapid Transit District, et al., Case No. CV 07 6390 CW

Proof of Service by Mail