DALE L. ALLEN, JR. # 145279
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT
and OFFICER T. PASHOIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HEAROD | Case No. C07-6390 CW |
| Plaintiff, | DEFENDANTS' ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL |
| vs. | |
| BAY AREA RAPID TRANSIT DISTRICT; T. PASHOIAN, individually and in his capacity as a police officer for the BART Police Department; DOES 1-20, inclusive, | |
| Defendants. | |

Defendants BAY AREA RAPID TRANSIT DISTRICT and OFFICER T. PASHOIAN, in answer to the allegations of the verified complaint on file herein, deny each and every allegation of said complaint, and in this connection defendants deny that plaintiff has been injured or damaged in any of the sums mentioned in the complaint or in any other amount by reason of any act or omission of these defendants.

Come now defendants BAY AREA RAPID TRANSIT DISTRICT and OFFICER T. PASHOIAN and in answer to the complaint on file herein admit, and allege as follows:

1.

In answer to the allegations of paragraph 1 of the complaint, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

2.

In answer to the allegations of paragraph 2 of the complaint, admit.

3.

In answer to the allegations of paragraph 3 of the complaint, admit.

4.

In answer to the allegations of paragraph 4 of the complaint, admit.

5.

In answer to the allegations of paragraph 5 of the complaint, admit.

6.

In answer to the allegations of paragraph 6 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

7.

In answer to the allegations of paragraph 7 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

8.

In answer to the allegations of paragraph 8 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

9.

In answer to the allegations of paragraph 9 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

10.

In answer to the allegations of paragraph 10 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

11.

In answer to the allegations of paragraph 11 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

12.

In answer to the allegations of paragraph 12 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

13.

In answer to the allegations of paragraph 13 of the complaint, these defendants  deny both generally and specifically, each and every, all and singular, the allegations contained therein.

14.

In answer to the allegations of paragraph 14 of the complaint, these defendants  deny both generally and specifically, each and every, all and singular, the allegations contained therein.

15.

In answer to the allegations of paragraph 15 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

16.

In answer to the allegations of paragraph 16 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

17.

In answer to the allegations of paragraph 17 of the complaint defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

18.

1   In answer to the allegations of paragraph 18 of the complaint, these defendants deny both generally and
2   specifically, each and every, all and singular, the allegations contained therein.

3                                        19.

4   In answer to the allegations of paragraph 19 of the complaint, these defendants deny both generally and
5   specifically, each and every, all and singular, the allegations contained therein.

6                                        20.

7   In answer to the allegations of paragraph 20 of the complaint, these defendants deny both generally and
8   specifically, each and every, all and singular, the allegations contained therein.

9                                        21.

10  In answer to the allegations of paragraph 21 of the complaint, admit.

11                                       22.

12  In answer to the allegations of paragraph 22 of the complaint, these defendants deny both generally and
13  specifically, each and every, all and singular, the allegations contained therein.

14                                       23.

15  In answer to the allegations of paragraph 23 of the complaint defendants have no information or belief
16  to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both
17  generally and specifically, each and every, all and singular, the allegations contained therein.

18                                       24.

19  In answer to the allegations of paragraph 24 of the complaint defendants have no information or belief
20  to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both
21  generally and specifically, each and every, all and singular, the allegations contained therein.

22  WHEREFORE, defendants pray as hereinafter follows:

23                                       25.

24  In answer to the allegations of paragraph 25 of the First Cause of Action defendants have no
25  information or belief to enable them to answer said allegations, and for that reason and basing their denial on
26  that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
27  therein.

28                                       26.

1    In answer to the allegations of paragraph 26 of the First Cause of Action, these defendants deny both
2    generally and specifically, each and every, all and singular, the allegations contained therein.

3                                        27.

4    In answer to the allegations of paragraph 27 of the First Cause of Action, these defendants deny both
5    generally and specifically, each and every, all and singular, the allegations contained therein.

6                                        28.

7    In answer to the allegations of paragraph 28 of the First Cause of Action, these defendants deny both
8    generally and specifically, each and every, all and singular, the allegations contained therein.

9    WHEREFORE, defendants prays as hereinafter follows:

10                                       29.

11    In answer to the allegations of paragraph 29 of the Second Cause of Action defendants have no
12    information or belief to enable them to answer said allegations, and for that reason and basing their denial on
13    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
14    therein.

15                                       30.

16    In answer to the allegations of paragraph 30 of the Second Cause of Action, these defendants have no
17    information or belief to enable them to answer said allegations, and for that reason and basing their denial on
18    that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
19    therein.

20                                       31.

21    In answer to the allegations of paragraph 31 of the Second Cause of Action, these defendants deny
22    both generally and specifically, each and every, all and singular, the allegations contained therein.

23                                       32.

24    In answer to the allegations of paragraph 32 of the Second Cause of Action, these defendants deny
25    both generally and specifically, each and every, all and singular, the allegations contained therein.

26                                       33.

27    In answer to the allegations of paragraph 33 of the Second Cause of Action, these defendants deny
28    both generally and specifically, each and every, all and singular, the allegations contained therein.

ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

WHEREFORE, defendants pray as hereinafter follows:

34.

In answer to the allegations of paragraph 34 of the Third Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

35.

In answer to the allegations of paragraph 35 of the Third Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

36.

In answer to the allegations of paragraph 36 of the Third Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

//

37.

In answer to the allegations of paragraph 37 of the Third Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

38.

In answer to the allegations of paragraph 38 of the Third Cause of Action, these defendants deny both generally and specifically, each and every, all and singular, the allegations contained therein.

WHEREFORE, defendants pray as hereinafter follows:

39.

In answer to the allegations of paragraph 39 of the Fourth Cause of Action, these defendants have no information or belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

40.

J:\1752\sf0204\P-ANSWER.wpd                                                      U.S.D.C. CASE NO. CV07-6390 CW

1    In answer to the allegations of paragraph 40 of the Fourth Cause of Action, these defendants deny both

2    generally and specifically, each and every, all and singular, the allegations contained therein.

3    41.

4    In answer to the allegations of paragraph 41 of the Fourth Cause of Action, these defendants deny both

5    generally and specifically, each and every, all and singular, the allegations contained therein.

6    42.

7    In answer to the allegations of paragraph 42 of the Fourth Cause of Action, these defendants deny both

8    generally and specifically, each and every, all and singular, the allegations contained therein.

9    43.

10   In answer to the allegations of paragraph 43 of the Fourth Cause of Action, these defendants deny both

11   generally and specifically, each and every, all and singular, the allegations contained therein.

12   44.

13   In answer to the allegations of paragraph 44 of the Fourth Cause of Action, these defendants deny both

14   generally and specifically, each and every, all and singular, the allegations contained therein.

15   WHEREFORE, defendants pray as hereinafter follows:

16   45.

17   In answer to the allegations of paragraph 45 of the Fifth Cause of Action, these defendants have no

18   information or belief to enable them to answer said allegations, and for that reason and basing their denial on

19   that ground, deny both generally and specifically, each and every, all and singular, the allegations contained

20   therein.

21   46.

22   In answer to the allegations of paragraph 46 of the Fifth Cause of Action, these defendants deny both

23   generally and specifically, each and every, all and singular, the allegations contained therein.

24   47.

25   In answer to the allegations of paragraph 47 of the Fifth Cause of Action, these defendants deny both

26   generally and specifically, each and every, all and singular, the allegations contained therein.

27   48.

28

ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

J:\1752\sf0204\P-ANSWER.wpd                                                    U.S.D.C. CASE NO. CV07-6390 CW

1   In answer to the allegations of paragraph 48 of the Fifth Cause of Action, these defendants deny both
2   generally and specifically, each and every, all and singular, the allegations contained therein.

3   WHEREFORE, defendants pray as hereinafter follows:

4   49.

5   In answer to the allegations of paragraph 49 of the Sixth Cause of Action, these defendants have no
6   information or belief to enable them to answer said allegations, and for that reason and basing their denial on
7   that ground, deny both generally and specifically, each and every, all and singular, the allegations contained
8   therein.

9   50.

10   In answer to the allegations of paragraph 50 of the Sixth Cause of Action, these defendants deny both
11   generally and specifically, each and every, all and singular, the allegations contained therein.

12   51.

13   In answer to the allegations of paragraph 51 of the Sixth Cause of Action, these defendants deny both
14   generally and specifically, each and every, all and singular, the allegations contained therein.

15

16   //

17   52.

18   In answer to the allegations of paragraph 52 of the Sixth Cause of Action, these defendants deny both
19   generally and specifically, each and every, all and singular, the allegations contained therein.

20   53.

21   In answer to the allegations of paragraph 53 of the Sixth Cause of Action, these defendants deny both
22   generally and specifically, each and every, all and singular, the allegations contained therein.

23   WHEREFORE, defendants prays as hereinafter follows:

24   54.

25   In answer to the allegations of paragraph 54 of the complaint, these defendants have no information or
26   belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny
27   both generally and specifically, each and every, all and singular, the allegations contained therein.

28   55.

J:\1752\sf0204\P-ANSWER.wpd                                                                    U.S.D.C. CASE NO. CV07-6390 CW

1    In answer to the allegations of paragraph 55 of the complaint, admit.

2                                    56.

3    In answer to the allegations of paragraph 56 of the complaint, these defendants have no information or

4    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

5    both generally and specifically, each and every, all and singular, the allegations contained therein.

6                                    57.

7    In answer to the allegations of paragraph 57 of the complaint, these defendants have no information or

8    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

9    both generally and specifically, each and every, all and singular, the allegations contained therein.

10                                    58.

11    In answer to the allegations of paragraph 58 of the complaint, these defendants have no information or

12    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

13    both generally and specifically, each and every, all and singular, the allegations contained therein.

14                                    59.

15    In answer to the allegations of paragraph 59 of the complaint, these defendants have no information or

16    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

17    both generally and specifically, each and every, all and singular, the allegations contained therein.

18                                    60.

19    In answer to the allegations of paragraph 60 of the complaint, these defendants have no information or

20    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

21    both generally and specifically, each and every, all and singular, the allegations contained therein.

22                                    61.

23    In answer to the allegations of paragraph 61 of the complaint, these defendants have no information or

24    belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

25    both generally and specifically, each and every, all and singular, the allegations contained therein.

26                                    62.

27

28

ANSWER TO VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

J:\1752\sf0204\P-ANSWER.wpd                                                    U.S.D.C. CASE NO. CV07-6390 CW

1    In answer to the allegations of paragraph 62 of the complaint, these defendants have no information or

2 belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

3 both generally and specifically, each and every, all and singular, the allegations contained therein.

4    63.

5    In answer to the allegations of paragraph 63 of the complaint, these defendants have no information or

6 belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

7 both generally and specifically, each and every, all and singular, the allegations contained therein.

8 //

9    64.

10    In answer to the allegations of paragraph 64. of the complaint, these defendants have no information or

11 belief to enable them to answer said allegations, and for that reason and basing their denial on that ground, deny

12 both generally and specifically, each and every, all and singular, the allegations contained therein.

13    WHEREFORE, defendants pray as hereinafter follows:

14    FIRST AFFIRMATIVE DEFENSE

15    AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

16    That plaintiff assumed the risk of any injuries and/or damages resulting from the matters set forth in said

17 complaint, and that said assumption of risk by plaintiff was a cause of the injuries and/or damages alleged by

18 plaintiff, if any there were.

19    SECOND AFFIRMATIVE DEFENSE

20    AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

21    That plaintiff was himself negligent and careless in and about the matters and events set forth in the

22 complaint, and that said negligence contributed to his alleged injuries and/or damages.  A verdict of the jury in

23 favor of plaintiff, if any, which may be rendered in this case must therefore be reduced by the percentage that

24 plaintiff's negligence contributed to the accident and injuries complained of, if any there were.

25    THIRD AFFIRMATIVE DEFENSE

26    AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

27    That the complaint does not state facts sufficient to constitute a cause of action against these answering

28 defendants.

FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff's cause of action is barred by reason of the provisions of California Code of Civil Procedure sections 335.1 and 340.

FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff failed to mitigate his damages.

SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Plaintiff was guilty of willful misconduct and wanton and reckless behavior in and about the matters and events set forth in said complaint; and that said willful misconduct and wanton and reckless behavior contributed to the injuries and damages alleged, if any there were.

SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

Any and all acts or omissions of defendant Bay Area Rapid Transit District, its agents and employees, which allegedly caused the injury at the time and place set forth were the result of an exercise of discretion vested in them.

EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

At all times mentioned in the complaint, defendant T. Pashoian was a public employee of Bay Area Rapid Transit District and if he performed any of the acts or omissions alleged as the basis of the complaint, the acts or omissions were the result of the exercise of the discretion vested in him.  Defendant is therefore immune from liability.

NINTH AFFIRMATIVE DEFENSE

AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

-11-

1    At all times mentioned in the complaint, defendants are not liable for any of these acts or omissions

2    alleged in the complaint because the complaint only alleges that defendants are liable based on the acts or

3    omissions of others.

4

5    //

6                              TENTH AFFIRMATIVE DEFENSE

7        AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS ALLEGE:

8        At all times mentioned in the complaint, defendant T. Pashoian was a public employee of Bay Area

9    Rapid Transit District and, as such, is not liable for any of these acts or omissions alleged in the complaint

10   because the complaint only alleges that  defendant is liable based on the acts or omissions of others.

11                           ELEVENTH AFFIRMATIVE DEFENSE

12       AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

13   ALLEGE:

14       Defendants allege that plaintiff failed to set forth the facts sufficient to state a cause of action due to a

15   failure to comply with claims requirements of the California Government Code §§ 900 et. seq.

16                            TWELFTH AFFIRMATIVE DEFENSE

17       AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

18   ALLEGE:

19       Any and all mandatory duties imposed upon defendant Bay Area Rapid Transit District, its agents and

20   employees, the failure of which allegedly created the condition complained of, were exercised with reasonable

21   diligence and therefore is not liable pursuant to Government Code § 815.6.

22                          THIRTEENTH AFFIRMATIVE DEFENSE

23       AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

24   ALLEGE:

25       Defendant Bay Area Rapid Transit District's alleged employee T. Pashoian mentioned in plaintiff's

26   complaint was, at all times, duly qualified, appointed and acting police officer of Bay Area Rapid Transit District

27   and peace officer of the State of California and in accordance with the Constitution of the United States and the

28   State of California and the laws of the United States and the laws of the State of California; and at all times

1  mentioned herein, said officer was engaged in the performance of his regularly assigned duties within the scope

2  of his duties as peace officer of the Bay Area Rapid Transit District.

3  FOURTEENTH AFFIRMATIVE DEFENSE

4         AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

5  ALLEGE:

6         These answering defendants acted in good faith and with a reasonable belief that the actions were

7  lawful and further did not directly or indirectly perform any acts whatsoever which would constitute a breach of

8  any duty owed to plaintiff.

9  FIFTEENTH AFFIRMATIVE DEFENSE

10         AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

11  ALLEGE:

12         The acts of these answering defendants were lawful and proper and in all respects was reasonable and

13  legal.

14  SIXTEENTH AFFIRMATIVE DEFENSE

15         AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

16  ALLEGE:

17         In this connection probable cause existed to believe that plaintiff had committed a public offense and,

18  therefore, probable cause existed to detain and/or arrest plaintiff.

19  SEVENTEENTH AFFIRMATIVE DEFENSE

20         AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

21  ALLEGE:

22         That plaintiff was himself negligent and careless in and about the matters and events set forth in the

23  complaint, that said negligence contributed to the alleged injuries and/or damages, and that said negligence is

24  imputed to plaintiff.  The verdict of the jury in favor of plaintiff, if any, which may be rendered in this case must

25  therefore be reduced by the percentage that plaintiff negligence contributed to the accident and injuries

26  complained of, if any there were.

27

28

J:\1752\sf0204\P-ANSWER.wpd             U.S.D.C. CASE NO. CV07-6390 CW

1    //

2    //

3                    EIGHTEENTH AFFIRMATIVE DEFENSE

4        AS AND FOR A EIGHTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

5    ALLEGE:

6        At all times relevant to this litigation, reasonable cause existed to believe that plaintiff had committed a

7    public offense and, therefore, reasonable force was used to effect plaintiff's arrest, to prevent escape or to

8    overcome resistance.

9                    NINETEENTH AFFIRMATIVE DEFENSE

10        AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

11    ALLEGE:

12        At all times relevant to this litigation, plaintiff consented either expressly or impliedly, to any such acts or

13    conduct as may be shown on the part of these answering defendants.

14                    TWENTIETH AFFIRMATIVE DEFENSE

15        AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

16    ALLEGE:

17        These answering defendants are immune from liability pursuant to the provisions of §§ 815, 815.2, 818,

18    820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government Code of the State of

19    California.

20                    TWENTY-FIRST AFFIRMATIVE DEFENSE

21        AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANTS

22    ALLEGE:

23        The facts alleged in the Complaint do not involve any custom, practice, procedure or regulation of

24    defendantS, which gives rise to a violation of a constitutional right pursuant to Monell v. New York City

25    Department of Social Services, 436 U.S. 658 (1978).

26        WHEREFORE, defendants pray that plaintiff takes nothing by way of the complaint on file herein and

27    that defendants have judgment for their costs, attorneys' fees and for such other and further relief as the court

28    deems proper.

//

**JURY DEMAND**

Defendants hereby demand a jury trial in this action.

Dated: February 5, 2008.

LOW, BALL & LYNCH

By_____/s/ Dale L. Allen, Jr._____
    DALE L. ALLEN, JR.
    Attorneys for Defendants
    BAY AREA RAPID TRANSIT DISTRICT and
    OFFICER T. PASHOIAN

-15-

J:\1752\sf0204\P-ANSWER.wpd

U.S.D.C. CASE NO. CV07-6390 CW