02/12/2008 16:35 518-9485819
02/12/2008 16:28 FAX 415 9821634    LOW BALL AND LYNCH            PAGE 02/03
02/12/2008 11:12    510-8485819     THE LAW CENTER                ☒004/005
                                                                  PAGE 03/04

Case 4:07-cv-06390-CW   Document 6   Filed 03/13/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Tony Hearod

    Plaintiff(s),

v.

Bay Area Rapid Transit District, et al.

    Defendant(s).

CASE NO. C07-6390 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
    the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

✓   other requested deadline 120 days from the date of the order referring the case to Mediation

Dated: 2/12/08

Dated: 2/12/08

Julie M. Houk /S/
Attorney for Plaintiff

Dale Allen
Attorney for Defendant

02/12/2008 16:35 510-8485819
02/12/2008 16:28 FAX 415 9821634 LOW BALL AND LYNCH
02/12/2008 11:12 510-8485819 THE LAW CENTER

Case 4:07-cv-06390-CW    Document 6    Filed 03/13/2008    Page 2 of 2    PAGE 03/03
@005/005
PAGE 04/04

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
X   Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
    other    120 days from the date of this order

IT IS SO ORDERED.

Dated: 3/13/08

_____
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE