March 19, 2008

U.S. District Court /Northern District
**District Court Judge Claudia Wilken**
1302 Clay Street, Ste 4005
Oakland, CA 94612

    Re:    <u>Tony Hearod vs Bay Area Rapid Transit District; T. Pashoian, et al.</u>
             USDC/Northern District, Case No.  4:07-cv-6390 CW

Dear Judge Wilken:

    I am writing to request permission to send my associate, Dirk Larsen, to appear at the scheduling conference scheduled for March 25, 2008.  Mr. Larsen is fully familiar with the case and has been and will be working on this matter with me.  On preparing the joint case management conference statement with Mr. Chanin and Ms. Houk, plaintiff's counsel, I realized for the first time that I would be out-of-state next week on vacation and unable to appear at the conference.  Rather than seeking continuance of the conference given the joint statement being filed and the agreeable dates that have been discussed, and given Mr. Larsen's familiarity with the case, I am asking permission for him to appear in my stead.

                              Very truly yours,

                              LOW, BALL & LYNCH

                              /s/ Dale L. Allen, Jr.

                              Dale L. Allen, Jr.

DLA/mkm

cc:    James B. Chanin, Esq.

