```
JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| TONY HEAROD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT;<br>T. PASHOIAN, individually and in his<br>capacity as a police officer for the BART<br>Police Department; DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:C07-6390 CW<br><br>**JOINT DECLINATION OF CONSENT TO PROCEED BEFORE A UNITED STATES JUDGE MAGISTRATE** |

   The plaintiff and defendants in the above-entitled action decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: March 26, 2008                              _____/S/_____
                                                                    JAMES B. CHANIN
                                                                    Attorney for Plaintiff

Dated: March 31, 2008                              _____/S/_____
                                                                    DIRK LARSEN
                                                                    Attorney for Defendants

Hearod v. Bay Area Rapid Transit District, et al., Case No. C07-6390 CW
Joint Case Management Conference Statement                                                          1