# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Hearod,<br><br>              Plaintiff(s),<br><br>        v.<br><br>Bay Area Rapid Transit District,<br><br>              Defendant(s). | 07-06390 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Dean D. Paik**
Cohen & Paik
177 Post St., Suite 600
San Francisco, CA 94108
415-398-3900
dpaik@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06390 CW MED                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 7, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov