1  DALE L. ALLEN, JR. # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California  94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendants
5  BAY AREA RAPID TRANSIT DISTRICT
   and OFFICER T. PASHOIAN
6  dallen@lowball.com

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 TONY HEAROD,                              )  Case No. C07-6390 CW
                                             )
11                 Plaintiff,                )  NOTICE OF UNAVAILABILITY
   vs.                                       )  OF COUNSEL
12                                           )
   BAY AREA RAPID TRANSIT DISTRICT; T.       )
13 PASHOIAN, individually and in his capacity as a police )
   officer for the BART Police Department; DOES 1-20,    )
14 inclusive,                                )
                                             )
15                 Defendants.                )
                                             )
16
       TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:
17
       PLEASE TAKE NOTICE that commencing on June 14, 2008 and continuing through June 30, 2008,
18
   inclusive, Dale L. Allen, Jr., attorney for defendants BAY AREA RAPID TRANSIT DISTRICT
19
   and OFFICER T. PASHOIAN, will be on vacation and unavailable for any purpose whatsoever, including, but
20
   not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court, or
21
   appearing at depositions.
22
       Please be advised that purposefully scheduling a conflicting proceeding without good cause is
23
   sanctionable conduct.  See Tenderloin Housing Clinic vs. Sparks (1992) 8 Cal. App. 4th 299.
24
       Dated: May 15, 2008.                      LOW, BALL & LYNCH
25

26                                             By_____/s/   Dale L. Allen, Jr._____
                                                 DALE L. ALLEN, JR.
27                                               Attorneys for Defendants
                                                 BAY AREA RAPID TRANSIT DISTRICT and
28                                               OFFICER T. PASHOIAN

                                        -1-
                       NOTICE OF UNAVAILABILITY OF COUNSEL
J:\1752\sf0204\D-NTC.UNAVAIL.wpd                              USDC CASE NO. C:07-cv-06390 CW