# UNITED STATES DISTRICT COURT
## Northern District of California

Hearod,

    Plaintiff(s),

v.

Bay Area Rapid Transit District,

    Defendant(s).

No. C 07-06390 CW MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _5-30-08_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: _5/30/08_

_____
Mediator, Dean D. Paik
Cohen & Paik
177 Post St., Suite 600
San Francisco, CA 94108

**Certification of ADR Session**
07-06390 CW MED