LAW OFFICES OF

# JAMES B. CHANIN

3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

November 13, 2008

VIA E-FILING AND CHAMBERS COPY

The Honorable Claudia Wilken
Judge of the United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California  94612

>Re:  Hearod v. Bay Area Rapid Transit District
>Case No. C07-6390 CW

Dear Judge Wilken,

I represent the Plaintiff, Tony Hearod, in the above-entitled action.

I am writing to respectfully request leave to make a telephone appearance on December 4, 2008, at 2:00 p.m. to argue the motions for summary judgment on behalf of the Plaintiff which have been noticed for that date and time due to the fact that I will be in New Hampshire at the time of the hearing on this matter.

I will be available by telephone at 603-563-8309.  This is a landline phone.  I also understand that the Court will require me to be available throughout the duration of the law and motion calendar starting at 2:00 p.m. since the Court takes the telephone appearances last on the calendar.

Thank you for your consideration in this matter.

Respectfully submitted,

/S/

Julie M. Houk
Plaintiff's Counsel

Cc:  Dale Allen, Esq., Defendant's Counsel



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Claudia Wilken