1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   TONY HEAROD                    )
                                    )
12          Plaintiff(s),           )     No. C07-6390 CW (BZ)
                                    )
13      v.                          )     **NOTICE OF RECUSAL**
                                    )
14   BAY AREA RAPID TRANSIT,        )
                                    )
15          Defendant(s).           )
                                    )
16                                  )
                                    )
17   _____)
                                    )
18
19          I hereby recuse myself in the above action.
20
     Dated: December 5, 2008
21
                                    _____
22                                        Bernard Zimmerman
                                    United States Magistrate Judge
23
24
25
26
27
28
                                    1