1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK     (SBN# 114968)
2  LAW OFFICES OF JAMES B. CHANIN
   3050 Shattuck Avenue
3  Berkeley, California  94705
   Telephone:   (510) 848-4752, Ext. 2
4  Facsimile:   (510) 848-5819
   Email:       jbcofc@aol.com
5
6  Attorneys for Plaintiff

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

|  |  |
|---|---|
| TONY HEAROD, | CASE NO.:C07-6390 CW |
| Plaintiff, | **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT** |
| vs. |  |
| BAY AREA RAPID TRANSIT DISTRICT; T. PASHOIAN, individually and in his capacity as a police officer for the BART Police Department; DOES 1-20, inclusive, |  |
| Defendants. |  |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT PURSUANT TO THE TERMS OF THE SETTLEMENT AGREEMENT ENTERED INTO BETWEEN THE PARTIES, Judgment for the award of plaintiff's attorney's fees and costs in the above-entitled action shall be entered in the sum of $57,500.00 (fifty-seven thousand, five hundred dollars), in favor of and payable to,

Hearod v. Bay Area Rapid Transit District, et al., Case No. C07-6390 CW
Stipulation And Order for Entry of Judgment                                          1

1  plaintiff's counsel, James B. Chanin, against and payable by defendant Bay Area Rapid Transit
2  District.
3
4  IT IS SO STIPULATED:
5
6
7  Dated: January 12, 2009                                    _____/S/_____
                                                              JAMES B. CHANIN
8                                                             Attorney for Plaintiff

9  Dated: January 12, 2009                                    _____/S/_____
                                                              DALE ALLEN
10                                                            Attorney for Defendants
11
12 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
13
   Dated: January 14, 2009
14                                                            _____
                                                              CLAUDIA WILKEN
15                                                            Judge of the United States
                                                              District Court
16
17
18
19
20
21
22
23
24
25
26
27
28

Hearod v. Bay Area Rapid Transit District, et al., Case No. C07-6390 CW
Stipulation And Order for Entry of Judgment                                              2